AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:20-mj-00253 |
|  | ) Assigned To : Faruqui, Zia M. |
| TAVON LYLES | ) Assign. Date : 12/15/2020 |
| DOB: xx/xx/xxxx - PDID: xxx-xxx | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 14, 2020  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C); and 18 U.S.C. § 924(c)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 22, .40 caliber semi-automatic pistol and .40 caliber ammunition; and did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a mixture and substance containing a detectable amount of fentanyl, Schedule II narcotic drug controlled substances, and a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; and did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is a Glock 22, .40 caliber semi-automatic pistol. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

RYAN TRAN, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone  (specify reliable electronic means).

Date:  12/15/2020

_____
*Judge's signature*

City and state:  Washington, DC   ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*