Case 1:21-cr-00010-CJN   Document 1-1   Filed 12/15/20   Page 1 of 2

Case: 1:20-mj-00253
Assigned To : Faruqui, Zia M.
Assign. Date : 12/15/2020
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On Monday, December 14, 2020, at approximately 6:40 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) were conducting a buy bust operation in the 1400 block of North Capitol Street, NW in Washington, D.C. The defendant, later identified as Tavon Lyles, was inside the Dollar Plus Store. Undercover officers approached him and asked if he had change for a $100 dollar bill. The defendant pulled out money to make change and simultaneously pulled out a plastic bag containing several smaller zips containing a white rock like substance. The undercover officers left the store, discussed what they saw, and went back in the store and approached the defendant again. The defendant asked how much they had and undercover officers replied $40. The defendant reached into the inside front of his pants and pulled out two blue zips containing a white rock like substance and handed them to UC #3289. The UC handed the defendant two $20 dollar bills of prerecorded currency. The undercover officers left the store and signaled that the buy was good.

The arrest team moved in and made contact with the defendant inside the Dollar Plus Store. The defendant struggled briefly with officers as they tried to place him under arrest. As they were attempting to handcuff him, Officer Tran felt a hard object in the defendant's front waistband which felt like a firearm. Officer Tran patted the defendant down further and confirmed it was a firearm. He asked the defendant if the firearm was loaded and the defendant said yes. The officers were ultimately able to handcuff the defendant and remove the firearm from his waistband.

The firearm that recovered was determined to be a Glock 22 semi-automatic handgun with a high capacity magazine. When it was recovered, it was loaded with one (1) round of .40 caliber hollow point ammunition in the chamber and eighteen (18) rounds of hollow point ammunition in the magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A further search of the defendant was conduct post arrest. From the right jacket pocket, officers recovered a clear APPLE plastic bag containing 29 smaller zips containing a white rock like substance that tested positive for cocaine base, a clear APPLE plastic bag containing 65 blue zips with a white rock like substance that tested positive for cocaine base, a clear APPLE plastic bag containing 58 blue zips with a white rock like substance that field tested positive for cocaine base, a clear plastic twist containing approximately 6.74 grams of a white rock like substance that field tested positive for cocaine base, a clear plastic twist bag containing approximately 2/11 grams of tan powder that field tested positive for opiates, six (6) clear zips containing a white powder substance that field tested positive for fentanyl, thirteen (13) blue zips containing grey powder that field tested positive for opiates, twelve (12) blue zips containing white powder that tested positive for fentanyl, one (1) clear zip containing white powder substance that field tested positive for fentanyl, three (3) blue zips containing a tan powder substance that field tested positive for opiates, one (1) clear zip containing a plastic twist containing tan powder that field tested positive for opiates. In addition, officers recovered a total of $1,071 in US Currency from the defendant's various pockets. Officer Brown recovered the two (2) $20 dollar bills of MPD pre-recorded currency from the defendant's left hand.

A criminal history check of Defendant Lyles through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Possession with Intent to Distribute 28 grams or more of cocaine base and Possessing a Firearm During a Drug Trafficking Offense in case number 11-cr-361 in the United States District Court for the District of Columbia. The defendant was sentenced to sixty (60) months of incarceration for each offense to run consecutively to each other.  Additionally, the defendant was convicted of Possession with Intent to Distribute a Controlled Substance in a Drug Free Zone While Armed in the Superior Court for the District of Columbia, case number 2007 CF2 18851.  The defendant was sentenced to thirty (30) months of incarceration. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER RYAN TRAN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of December, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE